Erik A. Christiansen, USB #7372
PARSONS BEHLE & LATIMER
201 S. Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
echristiansen@parsonsbehle.com
ecf@parsonsbehle.com

Michael Holecek (*pro hac vice forthcoming*)
Timothy Kolesk (*pro hac vice forthcoming*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520
mholecek@gibsondunn.com
tkolesk@gibsondunn.com

*Attorneys for Defendant DoorDash, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GIENIE ASSINK, on behalf of Plaintiff and Class,<br><br>    Plaintiff,<br><br>v.<br><br>DOORDASH, INC.,<br><br>    Defendant. | **DECLARATION OF MICHAEL HOLECEK IN SUPPORT OF DOORDASH, INC.'S NOTICE OF REMOVAL OF CLASS ACTION**<br><br>[Removal from the Third Judicial District Court, Salt Lake County, Case No. 220903038]<br><br>Action Filed: May 17, 2022<br><br>Case No. 2:22-cv-00417-JCB<br>Magistrate Judge Jared C. Bennett |

I, Michael Holecek, declare as follows:

4872-2955-8310

1.  I am an attorney admitted to practice law before the Courts of the State of California, and a motion for *pro hac vice* admission to this Court is pending in this action. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Defendant DoorDash, Inc. ("DoorDash" or "Defendant") in the above-captioned action. I offer this declaration in support of DoorDash's Notice of Removal of the instant action from the Third Judicial District Court, Salt Lake County, State of Utah, to the United States District Court for the District of Utah. I have personal knowledge of all the facts set forth in this declaration (unless otherwise noted), and, if called to testify, I could and would competently testify to them.

1.  Attached hereto as **Exhibit A** is a true and correct copy of the Docket Sheet in *Assink v. DoorDash, Inc.*, Case No. 220903038, in the Third Judicial District Court, Salt Lake County, State of Utah, as of June 15, 2022.

2.  Attached hereto as **Exhibit B** is a true and correct copy of the Summons, served on DoorDash on May 23, 2022.

3.  Attached hereto as **Exhibit C** is a true and correct copy of the Complaint, served on DoorDash on May 23, 2022.

4.  Attached hereto as **Exhibit D** is a true and correct copy of the Service of Process Transmittal Summary, served on DoorDash on May 23, 2022.

5.  In accordance with 28 U.S.C. § 1446(a), Exhibits A through D include "all process, pleadings and orders served upon" the Defendant in this action.

I declare under penalty of perjury pursuant to the laws of the United States of America and the State of Utah that the foregoing is true and correct.

Executed at Miami, Florida, on this 22nd day of June, 2022.

_____
Michael Holecek